[No. 66203-1-I.   Division One.   April 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ALFREDO LOPEZ-CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 09-1-00879-4, Dave Needy, J., entered November 3, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.

[No. 66294-5-I.   Division One.   April 30, 2012.]

MARIA PEREZ GUARDADO, *Individually and as Personal Representative*, ET AL., *Appellants*, v. VALLEY MEDICAL CENTER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-03945-3, Cheryl B. Carey, J., entered October 1, 2010. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Spearman, A.C.J., and Lau, J.

[No. 66305-4-I.   Division One.   April 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ELDEN BRIAN GRAFTENREED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00851-5, Andrea A. Darvas, J., entered October 13, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, C.J., and Lau, J.

[No. 66335-6-I.   Division One.   April 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CARL RAY WILSON, *Defendant*, JESS RICHARD SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-05900-7, Brian D. Gain, J., entered October 21, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.